Order entered December 21, 2012

 [pic]

 In The
 Court of Appeals
 Fifth District of Texas at Dallas

 No. 05-12-00825-CV

 Carl Benson, Appellant

 V.

 JPMorgan Chase, Appellee

 On Appeal from the 116th Judicial District Court
 Dallas County, Texas
 Trial Court Cause No. DC-10-11135-F

 ORDER

 The Court has before it appellant's December 18, 2012 motion to extend
time to amend brief and request for court appointed attorney. The Court
DENIES the request for a court appointed attorney and GRANTS the motion to
extend time. The Court ORDERS appellant to file his amended brief within
forty-five days of the date of this order.

 /s/ MOLLY FRANCIS
 JUSTICE